CLERK OF THE DISTRICT COURT
TERRY HALPIN

2020 JUL -9 P 5:05

FILED

BY ______ DEPUTY



MONTANA THIRTEENTH JUDICIAL DISTRICT COURT,

YELLOWSTONE COUNTY

BRANDY MORRIS, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

FIRST INTERSTATE BANK,

Defendant.

Cause No.: DV 20-528

Judge Michael G. Moses

**ORDER SETTING HEARING**

This matter comes before the Court on Defendant First Interstate Bank's Motion to Dismiss Plaintiff's Complaint, accordingly;

**IT IS HEREBY ORDERED** that a hearing on this pending motion is set for **July 27, 2020 at 9:00 a.m.** before the Court in Courtroom 608, Yellowstone County Courthouse, Billings, Montana.

DATED this 9th day of July, 2020.

Michael G. Moses

DISTRICT JUDGE

cc: A. Clifford Edwards/Triel D. Culver/A. Christopher Edwards/John Edwards
Jeffrey Kaliel/Sophia Gold
Mark Parker/Samantha Howard
Stuart Richter/Andrew Demko

CERTIFICATE OF SERVICE

This is to certify that the foregoing was duly served by mail/hand upon the parties or their attorneys of record at their last known addresses this 9 day of July, 2020.

BY Karne Bushnas

Judicial Assistant to Hon. Michael G. Moses