Mark D. Parker
**PARKER, HEITZ & COSGROVE, PLLC**
401 N. 31st Street, Suite 805
P.O. Box 7212
Billings, Montana 59103-7212
Phone: (406) 245-9991
Fax: (406) 245-0971
markdparker@parker-law.com

Stuart M. Richter (admitted *Pro Hac Vice*)
stuart.richter@katten.com
Andrew J. Demko (admitted *Pro Hac Vice*)
andrew.demko@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Phone: (310) 788.4400
Fax: (310) 788.4471

*Attorneys for Defendant First Interstate Bank*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| BRANDY MORRIS and BRENDA GRAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST INTERSTATE BANK,<br><br>Defendant. | **Cause No**. 21-cv-00076-DWM-TJC<br><br>**NOTICE OF ACKNOWLEDGEMENT RE:** *PRO HAC VICE* **ADMISSION FOR FIRST INTERSTATE BANK'S COUNSEL (ANDREW J. DEMKO)** |

Pursuant to the Court's Order dated August 17, 2021 [Dkt. 30] granting

the motion for admission of *pro hac vice* counsel Andrew J. Demko to appear

on behalf of defendant First Interstate Bank, the following counsel hereby acknowledges the Court's Order setting forth the terms of his admission and agrees to comply with the terms thereof.

Dated this 18th day of August, 2021.

**KATTEN MUCHIN ROSENMAN LLP**


By: */s/ Andrew J. Demko*
      Andrew J. Demko

*Attorney for Defendant First Interstate Bank*