IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BRANDY MORRIS and BRENDA GRAY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FIRST INTERSTATE BANK,<br><br>　　　　　　Defendant. | CV 21-76-BLG-DWM-TJC<br><br>**ORDER** |

The parties have filed a second joint motion for extension of time for Defendant First Interstate Bank to respond to Plaintiffs' Second Amended Complaint. (Doc. 36.) Good cause appearing, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading by October 15, 2021.

IT IS ORDERED.

DATED this 31st day of August, 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　　　United States Magistrate Judge