A. Clifford Edwards
Triel D. Culver
A. Christopher Edwards
John W. Edwards
EDWARDS & CULVER
1648 Poly Drive, Suite 206
Billings, Montana 59102
Telephone: (406) 256-8155
Facsimile: (406) 256-8159
nicole.carson@edwardslawfirm.org
triel@edwardslawfirm.org
chris@edwardslawfirm.org
john.edwards@edwardslawfirm.org

Jeffrey Kaliel, *pro hac vice*
Sophia Gold, *pro hac vice* pending
KALIEL PLLC
1875 Connecticut Avenue NW, 10th Floor
Washington, DC 20009
Telephone: (202) 300-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA, BILLING DIVISION**

| | |
|---|---|
| BRANDY MORRIS and BRENDA GRAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST INTERSTATE BANK,<br><br>Defendant. | Cause No. 1:21-cv-00076-DWM-TJC<br><br>Judge: Donald W. Molloy<br><br>**UNOPPOSED MOTION FOR STAY PENDING FINALIZATION OF SETTLEMENT** |

1

COMES NOW, Plaintiffs Morris and Gray ("Plaintiffs") and Defendant First Interstate Bank ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby enter into the following stipulation with reference to the following facts:

This case was initially filed by Plaintiff Morris on April 10, 2020, in the Montana District Court, Thirteenth Judicial District of Yellowstone County and the complaint was later amended to include Plaintiff Gray.[1] After Plaintiffs amended the complaint in June, 2021 to include the classes and claims currently at issue in the Second Amended Complaint, Defendant filed a Notice of Removal of the action to this Court on July 7, 2021. Defendant contends that federal jurisdiction is proper under the Class Action Fairness Act ("CAFA"), 28 U.S.C.§ 1332(d). (Dkt. No. 1, the "Notice.") Plaintiffs moved to remand this matter to Montana state court on August 6, 2021. Defendant opposes Plaintiffs' remand motion and will file its response on August 20, 2021. Plaintiffs' motion remains pending.

On August 20, 2021, the Parties informed the Court of their desire to mediate this matter to determine if the issues presented could be resolved on a classwide basis during a mediation with former United States Magistrate Judge Edward Infante (Ret.) of JAMS on October 6, 2021. The Parties respectfully inform the Court that

---

[1] *See Brandy Morris v. First Interstate Bank*, Case No. DV-20-0528 (Thirteenth Judicial District of Yellowstone County, Montana District Court).

the Parties did participate in the mediation, and that mediation has now resulted in a tentative agreement in principle to resolve this litigation.

The Parties anticipate seeking further action from the Court in order to effectuate the tentative settlement within 60 days. Therefore, the Parties, through their respective counsel of record, and subject to an order of the Court, respectfully request that the above-captioned action be stayed in its entirety until December 7, 2021.

DATED this 8th day of October, 2021.

EDWARDS & CULVER

A. Clifford Edwards
Triel D. Culver
A. Christopher Edwards
John W. Edwards
*Attorneys for Appellees / Plaintiffs*

Jeffrey Kaliel, *pro hac vice*
Sophia Gold, *pro hac vice* pending
KALIEL GOLD PLLC
*Attorneys for Plaintiffs*