IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BRANDY MORRIS and BRENDA GRAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST INTERSTATE BANK,<br><br>Defendant. | CV 21-76-BLG-DWM-TJC<br><br>**ORDER STAYING CASE** |

The parties have filed an Unopposed Motion for Stay Pending Finalization of Settlement. (Doc. 39.) Good cause appearing, IT IS HEREBY ORDERED that this case is stayed and the parties shall have until December 7, 2021 to finalize the settlement of this matter.

DATED this 8th day of October, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge