IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BRANDY MORRIS and BRENDA GRAY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>FIRST INTERSTATE BANK,<br><br>　　　　　　Defendant. | CV 21-76-BLG-DWM-TJC<br><br>**FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

　　　　Currently pending before the Court is Plaintiffs' Motion to Remand (Doc. 26), which Defendant initially opposed (Doc. 35). Defendant has now withdrawn its opposition to the motion, and indicates it does not oppose an order remanding this case to the Montana Thirteenth Judicial District Court of Yellowstone County. (Doc. 41.)

　　　　Plaintiff's Motion to Remand now being unopposed, and good cause appearing, **IT IS HEREBY RECOMMENDED** that Plaintiff's Motion to Remand (Doc. 26) be **GRANTED**.

　　　　**NOW, THEREFORE, IT IS ORDERED** that the Clerk shall serve a copy of the Findings and Recommendations of United States Magistrate Judge upon the parties. The parties are advised that pursuant to 28 U.S.C. § 636, any objections to the findings and recommendations must be filed with the Clerk of Court and copies

served on opposing counsel within fourteen (14) days after service hereof, or objection is waived.

DATED this 14th day of December, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge