IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BRANDY MORRIS and BRENDA GRAY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST INTERSTATE BANK,<br><br>Defendant. | CV 21–76–BLG–DWM<br><br><br><br>ORDER |

The parties having agreed to remand this matter and no objections having been filed in response to the Findings and Recommendation of United States Magistrate Judge Timothy Cavan,

IT IS ORDERED that the Findings and Recommendation (Doc. 42) are ADOPTED IN FULL. Plaintiffs' motion to remand (Doc. 26) is GRANTED. This matter is REMANDED the Montana Thirteenth Judicial District Court in and for Yellowstone County. The Clerk of Court is directed to transfer the file and close the case.

1

IT IS FURTHER ORDERED that all remaining deadlines are VACATED and pending motions DENIED as MOOT.

DATED this 3rd day of January, 2022.

_____
Donald W. Molloy, District Judge
United States District Court